# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                      :        NO. 723
                                            :
   ORDER AMENDING RULE 407 OF   :        SUPREME COURT RULES
   THE PENNSYLVANIA             :
   RULES OF JUVENILE COURT       :        DOCKET
   PROCEDURE                    :
                                            :
                                            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of January, 2017, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 46 Pa.B. 1782 (April 9, 2016):

     It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 407 of the Pennsylvania Rules of Juvenile Court Procedure is amended in the attached form.

     This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on April 1, 2017.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.